PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEREK MORTLAND, | ) | |
| | ) | CASE NO. 4:20CV0015 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| MARY COYNE INVESTMENTS LLC, | ) | |
| | ) | |
| Defendant. | ) | **ORDER OF DISMISSAL** |

On April 6, 2020, the Court was informed by Colin G. Meeker, counsel for Plaintiff, that the parties have reached a settlement. Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before May 6, 2020, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

IT IS SO ORDERED.

   April 6, 2020                         */s/ Benita Y. Pearson*
Date                                      Benita Y. Pearson
                                              United States District Judge