Approved.
/s/ *Benita Y. Pearson* on 5/5/2020
United States District Judge

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DEREK MORTLAND, | CASE NO. 4:20-CV-00015 |
| Plaintiff, | |
| vs. | JUDGE: BENITA Y. PEARSON |
| MARY COYNE INVESTMENTS LLC, | **STIPULATION ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendant, | |

Now come the parties to the within action, by and through counsel, who, pursuant to Fed.R.Civ.P. 41(A)(1)(a)(ii), stipulate that the within action is dismissed in its entirety, with prejudice, each party to bear its own attorney fees, costs to Plaintiff.  This Court shall retain jurisdiction of this cause to assure compliance with the terms of the settlement and for all other purposes related to this action.

IT IS SO ORDERED

Date: _____

_____
Benita Y. Pearson
United States District Judge

| | |
|---|---|
| /s/ Colin G. Meeker | /s/ John W. Becker |
| COLIN G. MEEKER (0092980) | JOHN W. BECKER (0065491) |
| BLAKEMORE, MEEKER & BOWLER CO., L.P.A. | CHRISTINE M. GARRITANO (0078423) |
| 495 Mahoning Lakes Dr. | MONICA L. WALLACE (0080776) |
| Akron, Ohio 44319 | HARPST BECKER LLC |
| Telephone: (330) 253-3337 | 1559 Corporate Woods Pkwy., Suite 250 |
| Facsimile: (330) 253-4131 | Uniontown, OH 44685 |
| cgm@bmblaw.com | Telephone: (330) 983-9971 |
| cg@bmblaw.com | Facsimile: (330) 983-9981 |
| | jbecker@harpstbecker.com |
| | cgarritano@harpstbecker.com |
| | mwallace@harpstbecker.com |
| COUNSEL FOR PLAINTIFF DEREK MORTLAND | COUNSEL FOR DEFENDANT MARY COYNE INVESTMENTS LLC |